

# NUMBER 13-10-00404-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

OCEAN TOWER, L.P.,                                                                    Appellant,

v.

DATUM ENGINEERS, INC. F/K/A
DATUM ENGINEERING, INC.,                                                    Appellee.

---

### On appeal from the 357th District Court
### of Cameron County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides and Vela
### Memorandum Opinion Per Curiam

Appellant perfected an appeal from a judgment entered by the 357th District Court of Cameron County, Texas, in cause number 2008-06-3619-E. Appellant has filed an unopposed motion to dismiss the appeal on grounds that appellant no longer intends to pursue the subject appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
31st day of August, 2010.